RECEIVED

MAR 2 8 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JONATHAN BOYER | CIVIL ACTION NO. 2:14-CV-914 |
| VS. | SECTION P |
| | JUDGE TRIMBLE |
| BURL CAIN | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that the application for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this 28th day of March, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE